

CHIESA SHAHINIAN & GIANTOMASI PC

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**DAVID M. DUGAN**
ddugan@csglaw.com
(O) 973.530.2078
(F) 973.530.2278

March 29, 2018

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

    Re:    Priority Fulfillment Services, Inc. v. Gaiam Americas, Inc. et al.,
              Civ. No. 17-cv-5504-PAE-GWG

Dear Judge Engelmayer:

    This firm represents Plaintiff Priority Fulfillment Services, Inc. ("PFS") and Third-Party Defendant PFSweb, Inc. ("PFSweb") in the above-referenced action. We write, with Defendants' consent, in furtherance of our letter of March 8, 2019 advising that the parties have reached a settlement. The settlement has been finalized and, as part of the settlement agreement's terms (paragraph 10, as negotiated agreed upon at the settlement conference before Judge Gorenstein), we are filing for Your Honor's review the proposed Stipulation and Order of Dismissal with Prejudice, Without Costs and with Retention of Jurisdiction, to be so-ordered if acceptable to the Court.

    We note that the Settlement Agreement is entitled "Confidential Settlement Agreement and General Release" and includes confidentiality provisions in paragraph 13. Paragraph 13(c), however, expressly provides an exception to confidentiality if the Court requires disclosure of the agreement as a condition to retaining jurisdiction to enforce its terms:

> [I]f the Court requires disclosure of this Agreement as a condition to its retaining jurisdiction to enforce its terms, the Parties shall endeavor to redact whatever terms the Court may permit them to redact while still retaining jurisdiction. If the Court requires the disclosure of this Agreement in its entirety as a condition to retaining jurisdiction, the Parties shall disclose the entirety of this Agreement notwithstanding the confidentiality obligations herein.

    Gaiam Americas, Inc., has requested that certain portions of the Settlement Agreement be redacted. PFS and PFSweb do not object to those redactions. We are therefore publicly filing the proposed redacted version of the Settlement Agreement and are submitting an unredacted copy to Your Honor's Chambers by email in accordance with Paragraph 6 of Your Honor's Individual Rules and Practices in Civil Cases for Your Honor's consideration. If Your Honor requires that the parties

Hon. Paul A. Engelmayer, U.S.D.J.
March 29, 2018
Page 2

publicly file a less redacted version, or an unredacted version as a condition to retaining jurisdiction, PFS and PFSweb will do so in accordance with paragraph 13(c) of the Settlement Agreement.

   We appreciate Your Honor's consideration of this request.

             Respectfully Submitted.

             /s/ David M. Dugan

             David M. Dugan

cc: Joshua N. Howley, Esq.